
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 1:25-CR-17 |
| v. | § § | Judge Michael J. Truncale – Hawthorn |
| KENDRICK DOUGLAS WARREN a/k/a "Bullet" (1) CHARLES BERNARD BYRD a/k/a "Doughboy" (2) DERRICK DESHAUN BROOKS a/k/a "D Brooks" (3) and ███████████ | § § § § § § § § | |

## FIRST SUPERSEDING INDICTMENT

### Count One

Violation: 18 U.S.C. § 371
(Conspiracy)

#### A. INTRODUCTION

At all times relevant to this indictment:

1. **Kendrick Douglas Warren,** a/k/a "Bullet," **Charles Bernard Byrd,** a/k/a "Doughboy," **Derrick Deshaun Brooks,** a/k/a "D Brooks," ███████████ ███ were members and associates of the 100% Third Ward gang in Houston, Texas.

2. The 100% Third Ward gang, a/k/a "103," was a criminal street gang as defined by 18 U.S.C. § 521, whose members and associates formed crews to commit burglaries and robberies.

3. The term "jugging" refers to the burglary of a vehicle (or robbery of a

Indictment – Page 1

person) after they are observed leaving a bank, automated teller machine (ATM), or upscale store. Jugging victims are chosen because they are believed to be holding cash or other items of value.

4. ███████████████ ███████████████ ███████████████ (the black sedan).

5. **Derrick Deshaun Brooks**, a/k/a "D Brooks," was the registered owner of a black 2018 Chevrolet Silverado pickup truck bearing Texas license plate number NVK-7402 (the black truck).

6. PNC Bank located at 8425 Phelan Boulevard in Beaumont, Texas, was a federally insured bank whose deposits were insured by the Federal Deposit Insurance Corporation.

7. Education First Federal Credit Union located at 4350 Laurel Avenue in Beaumont, Texas, was a federally insured credit union whose deposits were insured by the National Credit Union Administration Board.

### B. THE CONSPIRACY

8. From on or about October 1, 2024 through on or about December 31, 2024, in the Eastern District of Texas and elsewhere, **Kendrick Douglas Warren,** a/k/a "Bullet," **Charles Bernard Byrd**, a/k/a "Doughboy," **Derrick Deshaun Brooks**, a/k/a "D Brooks," ███████████████, defendants, willfully and knowingly conspired and agreed with each other to commit offenses against the laws of the United States, namely, bank robbery, in violation of 18 U.S.C. § 2113(a).

### C. PURPOSE, MANNER AND MEANS OF THE CONSPIRACY

9. The purpose of the conspiracy was financial enrichment through "juggings" and robbery of automated teller machines (ATMs) at banks in the Eastern District of Texas and elsewhere. The manner and means by which this purpose was carried out included the following:

   a. It was part of the conspiracy that the defendants would utilize automobiles and cellphones.

   b. It was part of the conspiracy that the defendants would travel from Houston, Texas, to Beaumont, Texas.

   c. It was part of the conspiracy that the defendants would surveil banks in Beaumont, Texas.

   d. It was part of the conspiracy that the defendants would rob banks with drive-through ATM machines that were undergoing service by an ATM service technician.

### D. THE OVERT ACTS

10. In furtherance of the conspiracy, the defendants performed the following overt acts, among others, in the Eastern District of Texas:

   a. On October 8, 2024, at or about 4:45 p.m., **Derrick Deshaun Brooks** ███ ████████████ drove the black sedan into the drive-through at PNC Bank located at 8425 Phelan Boulevard in Beaumont, Texas.

b. On October 8, 2024, after the overt act described above, **Derrick Deshaun Brooks** ▓▓▓▓▓▓▓▓▓▓ jumped out of the black sedan wearing masks and gloves, and ran toward J.C., an ATM service technician who was alone working on the bank's drive-through ATM.

c. On October 8, 2024, after the overt act described above, **Derrick Deshaun Brooks** ▓▓▓▓▓▓▓▓▓▓ pushed J.C. away from the ATM machine.

d. On October 8, 2024, after the overt act described above, **Derrick Deshaun Brooks** ▓▓▓▓▓▓▓▓▓▓ removed $153,000 in money from the ATM and reentered the black sedan with the money.

e. On October 8, 2024, after the overt act described above, **Derrick Deshaun Brooks** ▓▓▓▓▓▓▓▓▓▓ left the bank in the black sedan.

f. On December 31, 2024, **Kendrick Douglas Warren, Charles Bernard Byrd,** and **Derrick Deshaun Brooks** travelled from Houston, Texas to Beaumont, Texas.

g. On December 31, 2024, at or about 1:14 p.m., **Kendrick Douglas Warren** and **Derrick Deshaun Brooks** drove a stolen red Honda SUV (the red SUV) to Education First Federal Credit Union located at 4350 Laurel Avenue in Beaumont, Texas.

h. On December 31, 2024, after the overt act described above, **Kendrick Douglas Warren** and **Derrick Deshaun Brooks** jumped out of the red SUV, wearing hoodies, masks and gloves, and ran up behind M.C., an ATM service technician who was alone working on the bank's drive-through an ATM.

i. On December 31, 2024, after the overt act described above, **Kendrick Douglas Warren** and **Derrick Deshaun Brooks** ordered M.C. to "move" and "shut up."

j. On December 31, 2024, after the overt act described above, **Kendrick Douglas Warren** and **Derrick Deshaun Brooks** removed $146,000 in money from the ATM and reentered the red SUV with the money.

k. On December 31, 2024, after the overt act described above, **Kendrick Douglas Warren** and **Derrick Deshaun Brooks** drove the red SUV to the Regency Apartments located at 4075 Laurel Avenue.

l. On December 31, 2024, **Kendrick Douglas Warren** and **Derrick Deshaun Brooks** abandoned the red SUV at the Regency Apartments located at 4075 Laurel Avenue.

m. On December 31, 2024, after the overt act described above, **Charles Bernard Byrd** drove the black truck back to Houston with **Kendrick Douglas Warren**, **Derrick Deshaun Brooks**, and the money.

All in violation of 18 U.S.C. § 371.

### Count Two

Violation: 18 U.S.C. § 2113(a)
(Bank Robbery)

11. On or about October 8, 2024, in the Eastern District of Texas, **Derrick Deshaun Brooks**, a/k/a "D Brooks," ███████████████ defendants, aiding

and abetting one another, by means of force and intimidation, did take from the person and presence of another, approximately $153,000 in money belonging to and in the care, custody, control, management and possession of the PNC Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. §§ 2113(a) and 2.

## Count Three

Violation: 18 U.S.C. § 2113(a)
(Bank Robbery)

12. On or about December 31, 2024, in the Eastern District of Texas, **Kendrick Douglas Warren**, a/k/a "Bullet," **Charles Bernard Byrd**, a/k/a "Doughboy," and **Derrick Deshaun Brooks**, a/k/a "D Brooks," defendants, aiding and abetting one another, by means of intimidation, did take from the person and presence of another, approximately $146,000 in money belonging to and in the care, custody, control, management and possession of the Education First Federal Credit Union, the deposits of which were then insured by the National Credit Union Administration Board.

In violation of 18 U.S.C. §§ 2113(a) and 2.

A TRUE BILL

_____
GRAND JURY FOREPERSON

ABE MCGLOTHIN, JR
ACTING UNITED STATES ATTORNEY

_____      _5/15/2025_____
JOHN B. ROSS                Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 1:25-CR-17 |
| v. | § § | Judge Michael J. Truncale |
| KENDRICK DOUGLAS WARREN a/k/a "Bullet" (1) CHARLES BERNARD BYRD a/k/a "Doughboy" (2) DERRICK DESHAUN BROOKS a/k/a "D Brooks" (3) and ▮▮▮▮ | § § § § § § § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 371

Penalty: Imprisonment of not more than five (5) years, a fine not to exceed $250,000, or both imprisonment and a fine, and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00

### Counts Two and Three

Violation: 18 U.S.C. §§ 2113(a) and 2

Penalty: Imprisonment of not more than twenty (20) years, a fine not to exceed $250,000, or twice the pecuniary loss to the victim or gain to the defendant, or both imprisonment and a fine, and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00

Indictment – Page 8